PECOUL, Executor, v. DE MAHY.

To obtain damages for a frivolous appeal the appellee must bring himself within the requirements of the law, and claim them in his answer.

APPEAL from the Second District Court of New Orleans, *Morgan*, J. *E. Bermudez*, for plaintiff.

HOWELL, J. This is an appeal from an order of seizure and sale. Our attention is not called to any error in the proceedings or deficiency in the authentic evidence, as the basis of the writ.

The appeal appears to have been taken for delay; but the appellees have not brought themselves within the requirements of the law to obtain damages.

Judgment affirmed, with costs.